ORIGINAL

**JUDGE REARDEN**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 0 8 2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

KEVIN TAYLOR,
   a/k/a "Killer Kev,"
   a/k/a "Killer Ken,"
   a/k/a "Killer Cash,"

Defendant.

**INDICTMENT**

23 Cr.

23 CRIM 285

## COUNT ONE
### (Possession of a Firearm After a Felony Conviction)

The Grand Jury charges:

1.    On or about April 27, 2023, in the Southern District of New York and elsewhere,

KEVIN TAYLOR, a/k/a "Killer Kev," a/k/a "Killer Ken," a/k/a "Killer Cash," the defendant,

knowing he had previously been convicted in a court of a crime punishable by imprisonment for

a term exceeding one year, knowingly possessed a firearm, to wit, a .40 caliber Glock 27 semi-

automatic pistol, and the firearm was in and affecting commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____
FOREPERSON

_____
DAMIAN WILLIAMS
United States Attorney

*Indictment Filed 6/8/2023*
*Wheeled at to Judge Rearden*
*Hon. Sarah Netburn, USMJ*

WHEEL A