**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

February 12, 2024

REQUEST GRANTED.

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

2/12/2024  SO ORDERED.

LEWIS J. LIMAN
United States District Judge

BY ECF

Re:   United States v. Kevin Taylor
      23 Cr. 285 (LJL)

Dear Judge Liman:

      Defendant Kevin Taylor ("Taylor") is scheduled for a sentencing hearing before the Court on February 27, 2024 and his sentencing memorandum is due on February 13, 2023.  I met with Taylor over the weekend and he informed me that he has mailed me his letter to the Court but I have not received the letter to date.  Additionally, I am still awaiting some other information relevant to defendant's sentencing submission.  For these reasons, Taylor respectfully requests that he be permitted to file his sentencing submission on Friday, February 16, 2024 instead of February 13, 2024.  He is not requesting an adjournment of his sentencing hearing.  There are no Guidelines issues in this case and the memorandum will address the sentencing factors set forth in 18 U.S.C. § 3553.  The government, by Assistant United States Attorney Marguerite Colson, consents to this application.

      Thank you for Your Honor's consideration of this request.

Very truly yours,

*Sanford Talkin*

Sanford Talkin

cc:   AUSA Marguerite Colson (by ECF)